157 A.3d 809

MONARCH ACADEMY BALTIMORE CAMPUS

v.

BALTIMORE CITY BOARD OF SCHOOL COMM'RS.

**Pet. Docket No. 598, Sept.Term, 2016**

Court of Appeals of Maryland.

April 4, 2017

Reported below: 231 Md.App. 594, 153 A.3d 859.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 7, Sept. Term, 2017.

■

157 A.3d 809

YOUNG ELECTRICAL CONTRACTORS

v.

DUSTIN CONSTRUCTION

**Pet. Docket No. 611, Sept. Term, 2016**

Court of Appeals of Maryland.

April 4, 2017

Reported below: 231 Md.App. 353, 151 A.3d 32.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 8, Sept. Term, 2017.